IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                      No. CIV S-04-2363 WBS JFM PS

    vs.

MARK L. BRYAN,

    Defendant.                  ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On June 20, 2005, the magistrate judge filed amended findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Defendant has filed objections to the amended findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The amended findings and recommendations filed June 20, 2005, are adopted in full;

2. Plaintiff's April 1, 2005 motion for summary judgment is granted and judgment for plaintiff is entered on all claims.

3. Any UCC Financing Statement which purports to create a lien or any other non-consensual lien or encumbrance filed by defendant or against the person or property of any IRS employee or others who authorized and/or performed any act in connection with the assessment or collection of defendant's tax liabilities is declared null and void *ab initio* and declared to have no force and effect.

4. An order may be filed and recorded by the United States with the California Secretary of State, any county clerk's office, assessor's office, or registrar of deeds in the state of California where such liens have or will be filed by defendant.

5. Regardless of nomenclature, caption, title, or terms used to describe the document, Mark L. Bryan is permanently enjoined from filing, or attempting to file, any document or instrument which purports to create a lien or any other purported non-consensual lien or encumbrance against the person or property of the above named IRS employees or others who authorized and/or performed any act in connection with the assessment or collection of defendant's tax liabilities.

However, this permanent injunction does not prevent defendant from applying to any state or federal court of competent jurisdiction in order to obtain relief of any non-frivolous legal claim, and this injunction does not apply to or prohibit liens lawfully created by any judgment of a court of competent jurisdiction.

Willful violation of this order shall be punished by fine or imprisonment, or both.

6. The UCC Financing Statements filed against Mark W. Everson, Gregory Gillen, Stephanie Hart, Michael Rockwell, John Tam, Bill Ryder, Dennis Parizek and Thomas D.

1 | Mathews are null, void and of no legal effect.

2 |     7. Defendant's February 14, 2005, March 4, 2005 and May 24, 2005 motions to

3 | dismiss (docket Nos. 14, 15 & 35) are denied.

4 |     8. Defendant's January 4, 2005 and January 19, 2005, motions to quash (docket

5 | Nos. 8 & 9) are denied.

6 | DATED: July 22, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/bryan2363.jo

3