IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                            No. CIV S-04-2363 WBS JFM PS

    vs.

MARK L. BRYAN,

      Defendants.                   <u>ORDER</u>

_____/

         On August 3, 2005, defendant, proceeding pro se, filed a motion for relief from the judgment entered by this court, pursuant to Fed. R. Civ. P. 60(b)(4). On August 23, 2005, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the relevant documents in the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. The findings and recommendations filed August 23, 2005, are adopted in full;

3  2. Defendant's August 3, 2005 motion for relief from judgment is denied.

4  DATED: September 19, 2005

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE