UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MARK L. BRYAN,<br><br>        Defendant.<br>_____/ | NO. CIV. 2:04-2363 WBS JFM<br><br>ORDER RE: MOTION TO ENFORCE JUDGMENT |

----oo0oo----

In 2004, defendant filed a UCC Financing Statement with the California Secretary of State naming several IRS employees, including Revenue Officer Gregory Gillen, as debtors and imposing a lien against them in the amount of $477,546,696. (Order adopting Am. Findings & Recommendations (Docket No. 54) ("Order").) Officer Gillen had previously been involved with a tax enforcement action against defendant, and none of the named IRS employees were personally acquainted with defendant. (Id.) The court issued an Order on July 25, 2005, permanently enjoining defendant from "filing, or attempting to file, any document or

1

instrument which purports to create a lien or any other purported non-consensual lien or encumbrance against the person or property" of those "who authorized and/or performed any act in connection with the assessment or collection of defendant's tax liabilities." (Id. at 2:15-19.)

In December of 2009, defendant filed another UCC Financing Statement, No. 09-7216680665, naming IRS officer Paul Enjalran as debtor. (Decl. of Revenue Officer Paul Enjalran ¶ 4.) Mr. Enjalran is not personally acquainted with defendant but has been assigned to collect defendant's unpaid income tax liabilities and penalties. (Id. ¶ 2.) The United States brought this motion to enforce the Order by expunging the UCC Financing Statement.

District courts have authority to issue injunctions under 26 U.S.C. § 7402(a), which provides:

> The district courts of the United States at the instance of the United States shall have such jurisdiction to make and issue in civil actions, writs and orders of injunction . . . and such other orders and processes, and to render such judgments and decrees as may be necessary or appropriate for the enforcement of the internal revenue laws.

A district court has continuing jurisdiction to enforce its injunction. Hangarter v. Paul Revere Life Ins. Co., 289 F.Supp.2d 1105, 1107 (N.D. Cal. 2003). District courts also have the specific authority to "void common-law liens imposed by taxpayers on the property of government officials assigned to collect delinquent taxes." Ryan v. Bilby, 764 F.2d 1325, 1327 (9th Cir. 1985).

Defendant filed a second UCC Financing Statement against an IRS official in December 2009 and has not asserted any

2

1  valid reason for filing the lien.  This filing therefore violates
2  the court's injunction.
3         IT IS THEREFORE ORDERED that plaintiff's motion to
4  enforce judgment be, and the same hereby is, GRANTED.
5         The UCC Financing Statement filed by Mark L. Bryan on
6  or about December 10, 2009, against Revenue Officer Paul
7  Enjalran, filing number 09-7216680665, is hereby deemed null and
8  void, and the Secretary of State of California is directed to
9  expunge the filing from the public record.
10 DATED:   October 22, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE